IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY EDWARDS,

      Appellant,

v.

JULIE JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-970

_____/

Opinion filed October 26, 2017.

On Petition for Writ of Certiorari from denial of Writ of Mandamus.
Karen Gievers, Judge.

Timothy Edwards, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Kenneth S. Steely, Assistant Attorney General, for Appellee.

PER CURIAM.

      DENIED.

ROWE, MAKAR, and JAY, JJ., CONCUR.